# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RICHARD GOODMAN, individually and as trustee of the Richard M. Goodman revocable living trust, and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**UBS FINANCIAL SERVICES, INC.,**<br><br>Defendants. | Civ. No. 21-18123 (KM) (MAH)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of Defendant UBS Financial Services, Inc.'s motion to dismiss the complaint (DE 13); and the Court having considered the submissions of the parties (DE 13, 16, 21) without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and for good cause shown;

**IT IS** this 30th day of June 2022,

**ORDERED** that Defendant's motion to dismiss the complaint (DE 13) is **GRANTED in part and DENIED in part.** Specifically, the motion is **GRANTED** with regard to Counts 3, 4, 6, and 7 and otherwise **DENIED**.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**