Lee Albert (State Bar No. 26231986)
*lalbert@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
230 Park Ave, Suite 358
New York, New York 10169
(212) 682-5340

Garth A. Spencer (*pro hac vice*)
*gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150

*Attorneys for Plaintiff Richard Goodman and the Proposed Settlement Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD GOODMAN, *Individually And As Trustee of the Richard M. Goodman Revocable Living Trust, And On Behalf Of All Others Similarly Situated*,<br><br>          Plaintiff,<br>   vs.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>          Defendant. | Case No.: 2:21-cv-18123-KM-MAH<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF SETTLEMENT**<br><br>Hon. Michael A. Hammer<br><br>**Motion Day:** July 3, 2023 |

PLEASE TAKE NOTICE that on July 3, 2023, Plaintiff Richard Goodman ("Lead Plaintiff") will, and hereby does, apply to the Honorable Michael A. Hammer, United States Magistrate Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Courtroom MLK 2C, 50 Walnut Street, Newark, NJ 07101, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the Settlement Class, and appointing Lead Plaintiff as class representative and Lead Counsel Glancy Prongay & Murray LLP ("Lead Counsel") as class counsel for the purposes of the Settlement; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class; and (iv) setting a hearing at which the Court will consider final approval of the Settlement, approval of the plan of allocation, and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

PLEASE TAKE FURTHER NOTICE that in support of the unopposed motion, Lead Plaintiff will rely on the attached Memorandum of Law; the Declaration of Garth Spencer and exhibits thereto; and such other papers as may be filed in support of this motion. A proposed order is submitted herewith.

| | |
|---|---|
| DATED: June 9, 2023 | GLANCY PRONGAY & MURRAY LLP |

By: */s/ Lee Albert*
Lee Albert (State Bar No. 26231986)
*lalbert@glancylaw.com*
230 Park Ave, Suite 358
New York, New York 10169
(212) 682-5340

Garth A. Spencer (*pro hac vice*)
*gspencer@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150

*Attorneys for Plaintiff Richard Goodman and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.

                                                Respectfully submitted,

June 9, 2023                        */s/ Lee Albert*
Lafayette Hill, Pennsylvania      Lee Albert

3