Lee Albert (State Bar No. 26231986; LA-8307)
*lalbert@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
230 Park Ave, Suite 358
New York, New York 10169
(212) 682-5340

Garth A. Spencer (*pro hac vice*)
*gspencer@glancylaw.com*
Joseph D. Cohen (*pro hac vice*)
*jcohen@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150

*Attorneys for Plaintiff Richard Goodman
and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD GOODMAN, *Individually And As Trustee of the Richard M. Goodman Revocable Living Trust, And On Behalf Of All Others Similarly Situated*,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>　　　　　　　Defendant. | Case No.: 2:21-cv-18123-KM-MAH<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Hon. Michael A. Hammer<br><br>**<u>Class Action</u>**<br><br>**Motion Day:** December 7, 2023 |

PLEASE TAKE NOTICE that on December 7, 2023, at 11:00 a.m., plaintiff Richard Goodman ("Plaintiff")[1] will, and hereby does, move to the Honorable Michael A. Hammer, Magistrate Judge for the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Courtroom MLK 2C, 50 Walnut Street, Newark, NJ 07101, for entry of an Order: (1) granting final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation; and (2) approving the proposed Plan of Allocation for distribution of the Net Settlement Fund.[2]

This motion is based on this Notice of Motion; the concurrently filed Memorandum of Law, the Declaration of Garth A. Spencer in Support of (I) Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and all exhibits thereto; all pleadings and records on file in this Action; and other such matters as the Court may consider.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 8, 2023 (the "Stipulation," ECF No. 55-1).

[2] Proposed orders will be submitted with Plaintiff's reply papers, after the deadlines for objections and seeking exclusion have passed.

| | |
|---|---|
| DATED: November 2, 2023 | GLANCY PRONGAY & MURRAY LLP |

By: */s/ Lee Albert*
Lee Albert (State Bar No. 26231986; LA-8307)
230 Park Ave, Suite 358
New York, New York 10169
Tel.: (212) 682-5340
Email: lalbert@glancylaw.com

Garth A. Spencer (*pro hac vice*)
Joseph D. Cohen (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 201-9150
Email: gspencer@glancylaw.com
Email: jcohen@glancylaw.com

William H. Goodman (*pro hac vice*)
Goodman Hurwitz & James, P.C.
1394 E Jefferson Ave
Detroit, MI 48207
Tel.: (313) 567-6170
Email: bgoodman@goodmanhurwitz.com

*Attorneys for Plaintiff Richard Goodman and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2023, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.

                                                                         Respectfully submitted,

November 2, 2023                            */s/ Lee Albert*
Lafayette Hill, Pennsylvania            Lee Albert